**UNITED STATES FEDERAL DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case Number:** |
| | ) | **4:26cr049** |
| **Luis Valasquez-Montes,** | ) | |
| **Defendant.** | ) | |

## ORDER

Based upon the motion of the Defense, and for good cause shown therein, the Defense's motion for leave of absence is GRANTED for the following dates:

a) June 3 through June 5, 2026 for travel.

b) June 8 through June 11, 2026 for travel

c) July 15, 2026 for motions in Chatham County Superior Court.

d) July 27 through July 31, 2026 for personal leave.

e) September 24 and September 25, 2026 for personal leave.

f) November 23 through November 27, 2026 for travel.

g) December 22 and December 23, 2026 for travel.

SO ORDERED, this 18th day of May 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA